United States District Court
Southern District of Texas
FILED

JUN 19 2015

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

UNITED STATES OF AMERICA
V.

Tomas ~~Thomas~~ Armin SANCHEZ-Hernandez (MX)
AP
1985

## CRIMINAL COMPLAINT

Case Number: M-15-1006-M

I, Antonio Perez IV, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about <u>June 18, 2015</u> in <u>Hidalgo</u> County, in the <u>Southern</u> District of <u>Texas</u> Defendant(s) did,

with the intent to evade a currency reporting requirement under Title 31 USC 5316, did knowingly conceal more than $10,000.00 in currency or other monetary instruments, on the person of such individual or in any conveyance, article of luggage, merchandise, or other container and transports or transfers and/or attempts to transport or transfer such currency or monetary instruments from a place within the United States, to-wit: Hidalgo, Texas, to a place outside the United States, to-wit: the United Mexican States

in violation of Title <u>31</u> United States Code, Section(s) <u>5332</u>.

I further state that I am a(n) <u>HSI Special Agent</u> And that this complaint is based on the
Official Title

following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved
Joseph Leonard

_____
Signature of Complainant

Antonio Perez, HSI
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 19, 2015    9:49 a.m.    at    McAllen, Texas
Date                                       City and State

U.S. Magistrate Judge Peter Ormsby
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## Attachment "A"

In March 2015, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received information regarding a money laundering organization (MLO) operating in the Rio Grande Valley, Texas area. Based on the information, HSI McAllen identified Tomas Armin SANCHEZ-Hernandez as a possible member of the MLO.

On June 18, 2015, U.S. Customs and Border Protection, Office of Fields Operations (CBP/OFO) Officer N. Hinojosa encountered SANCHEZ during an outbound inspection at the Hidalgo, Texas Port of Entry. SANCHEZ was the driver of a black Ford F-150 displaying Mexican license plate WL27261. SANCHEZ stated he was the owner of the aforementioned vehicle and had purchased it approximately three months ago. CBP Officer N. Hinojosa and G. Alvarez received a negative oral declaration for weapons, ammunition and monetary instruments in excess of $10,000 from SANCHEZ. SANCHEZ was referred to outbound secondary for further inspection.

During secondary inspection, CBPO H. Auroux and his Canine "Django" conducted a systematic search of the vehicle which resulted in a positive canine alert near the driver side door. The black Ford F-150 was sent to a vehicle X-ray machine for a non-intrusive inspection. The Certified NII Operator, observed anomalies in the driver side door of the vehicle. CBP officers removed the door panel from the vehicle and discovered 8 bundles containing $77,200.00 of U.S. Currency. The U.S. currency was wrapped in duct tape and cellophane.

Special Agent (SA) Antonio Perez read SANCHEZ his Miranda Rights in the Spanish language and witnessed by HSI Task Force Officer E. Austin. SANCHEZ stated he understood his rights, and invoked his right to an attorney.